IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRADEMARK HOLDINGS CORPORATION

    Plaintiff,

v.

PHILIP MORRIS INCORPORATED and
PHILIP MORRIS MANAGEMENT CORP.

    Defendants.
_____/

PHILIP MORRIS INCORPORATED

    Counterclaim and Third-Party Plaintiff,

v.

TRADEMARK HOLDINGS CORP.

    Counterclaim Defendant,

and VIBO CORPORATION

    Third-Party Defendant.
_____/

VIBO CORPORATION and TRADEMARK
HOLDINGS CORPORATION

    Third-Party Counterclaim Plaintiffs,

v.

PHILIP MORRIS INCORPORATED,

    Third-Party Counterclaim Defendant.
_____/

Case No. 02-22422

Civ- Judge Lenard

Magistrate Judge Simonton

NIGHT BOX FILED
JAN 15 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**PHILIP MORRIS INCORPORATED'S NOTICE OF CHANGE OF
NAME AND UNOPPOSED MOTION TO CORRECT AND AMEND CAPTION**

Notice is hereby given that Philip Morris Incorporated's name has been changed to Philip Morris USA Inc. ("PM USA"), effective January 15, 2003. PM USA, therefore, respectfully moves that the caption in this litigation be corrected and amended to reflect such name change as follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRADEMARK HOLDINGS CORPORATION

    Plaintiff,         Case No. 02-22422

  v.              Civ- Judge Lenard

PHILIP MORRIS USA INC. and     Magistrate Judge Simonton
PHILIP MORRIS MANAGEMENT CORP.

    Defendants.
_____/

PHILIP MORRIS USA INC.,

  Counterclaim and Third-Party Plaintiff,

  v.

TRADEMARK HOLDINGS CORP.

    Counterclaim Defendant,

and VIBO CORPORATION

    Third-Party Defendant.
_____/

VIBO CORPORATION and TRADEMARK
HOLDINGS CORPORATION

  Third-Party Counterclaim Plaintiffs,

  v.

PHILIP MORRIS USA INC.,

  Third-Party Counterclaim Defendant.
_____/

3

Pursuant to S.D. Fla. L.R. 7.1 A.3, counsel for PM USA has conferred with counsel for the opposing party, Mark Stein, Esq., and certifies that Mr. Stein does not oppose the relief sought in this motion. (A proposed order is submitted herewith.) Respectfully submitted this 15th day of January, 2003.

HUNTON & WILLIAMS

_____
Samuel A. Danon
Florida Bar No. 0892671
Timothy M. Ravich
Florida Bar No. 0177989
Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460

**FISH & RICHARDSON P.C.**

Anthony L. Fletcher
Stacy J. Grossman
45 Rockefeller Plaza, Suite 2800
New York, New York 10111
Telephone: (212) 765-5070

**PHILIP MORRIS MANAGEMENT CORP.**

Cecelia M. Dempsey
Florida Bar No. 0948950
800 Westchester Avenue
Rye Brook, NY 10573
Telephone: (914) 335-7100

*Attorneys for Philip Morris USA Inc. and Philip Morris Management Corp.*

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY THAT a true and correct copy of the foregoing was mailed via regular U.S. Mail and facsimile this 15th day of January, 2003 to Mark E. Stein, Esq., Lott & Friedland, P.A., 355 Alhambra Circle, Suite 1100, Coral Gables, FL 33134, (facsimile: 305-446-6191); and to J. Ronald Denman, Esq., Marlow, Connell, Valerius, Abrams, Adler & Newman, 2950 S.W. 27 Avenue, Suite 200, Miami, FL 33133 (facsimile: 305-446-3667).

By: _____
Hunton & Williams

65000.010021 PMCORP 19916v1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRADEMARK HOLDINGS CORPORATION

    Plaintiff,

v.

PHILIP MORRIS INCORPORATED and
PHILIP MORRIS MANAGEMENT CORP.

    Defendants.
_____/

Case No. 02-22422

Civ- Judge Lenard

Magistrate Judge Simonton

PHILIP MORRIS INCORPORATED

    Counterclaim and Third-Party Plaintiff,

v.

TRADEMARK HOLDINGS CORP.

    Counterclaim Defendant,

and VIBO CORPORATION

    Third-Party Defendant.
_____/

VIBO CORPORATION and TRADEMARK
HOLDINGS CORPORATION

    Third-Party Counterclaim Plaintiffs,

v.

PHILIP MORRIS INCORPORATED,

    Third-Party Counterclaim Defendant.
_____/

**ORDER GRANTING UNOPPOSED MOTION
TO CORRECT AND AMEND CAPTION**

This matter is before the Court upon the Unopposed Motion to Correct and Amend Caption (the "Motion"). Having reviewed the file, noting that the Motion is unopposed, and being fully advised in the premises, it is:

**ORDERED** that the Motion is **GRANTED**. The caption in this matter shall be amended to reflect that "Philip Morris Incorporated" has changed its name to "Philip Morris USA Inc." and shall hereafter read as follows in all future filings and service in this matter:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TRADEMARK HOLDINGS CORPORATION

    Plaintiff,

v.

PHILIP MORRIS USA INC. and
PHILIP MORRIS MANAGEMENT CORP.

    Defendants.

_____/

Case No. 02-22422

Civ- Judge Lenard

Magistrate Judge Simonton

PHILIP MORRIS USA, INC.

    Counterclaim and Third-Party Plaintiff,

v.

TRADEMARK HOLDINGS CORP.

    Counterclaim Defendant,

and VIBO CORPORATION

    Third-Party Defendant.

_____/

VIBO CORPORATION and TRADEMARK
HOLDINGS CORPORATION

    Third-Party Counterclaim Plaintiffs,

v.

PHILIP MORRIS USA INC.,

    Third-Party Counterclaim Defendant.

_____/

**DONE AND ORDERED** in Chambers, Miami, Florida, this \_\_\_\_ day of January, 2003.

_____
Joan A. Lenard
United States District Court

cc:    All counsel of record

4